STATE of Missouri,
Plaintiff–Respondent,

v.

Ralph T. WILMAS, Jr.,
Defendant–Appellant.

No. 57417.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 1991.

Henry B. Robertson, St. Louis, John Klosterman, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of robbery in the first degree, in violation of § 569.020 RSMo 1986, one count of kidnapping, in violation of § 565.110 RSMo 1986, and one count of armed criminal action, in violation of § 571.015 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).